Certificate Number: 02114-tne-de-027653632

Bankruptcy Case Number: 1631779

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 23, 2016, at 12:46 o'clock PM EST, Tommy Stewart completed a course on personal financial management given by internet by CredAbility, a provider approved pursuant to 11 U.S.C § 111 to provide an instructional course concerning personal financial management in the Eastern District of Tennessee.

Date: June 23, 2016

By: /s/Eric Dina

Name: Eric Dina

Title: Customer Service

1