UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

IN RE:       STEWART, THOMAS EDGAR

                DEBTOR(S)                CASE NO. 3:16-bk-31779-SHB
                                                          CHAPTER 7

---

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

YOU AND EACH OF YOU WILL PLEASE TAKE NOTICE that pursuant to E.D. Bankr. LBR 9013-1(h), the court may consider this matter without further notice or hearing unless a party in interest files an objection. If you object to the relief requested in this document, you must file with the clerk of the court at 800 Market Street, Howard H. Baker, Jr. United States Courthouse, Suite 330, Knoxville, Tennessee 37902, an objection within twenty-one (21) days from the date this document was filed and serve a copy on Ann Mostoller, Trustee, 136 South Illinois Avenue, Suite 104, Oak Ridge, Tennessee 37830 or by electronic service to twilliams@msw-law.com. If you file and serve an objection within the time permitted, the court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the court will consider that you do not oppose the granting of the relief requested in this document and may grant the relief requested without further notice or hearing.

---

NOTICE OF TRUSTEE'S INTENT TO SELL PROPERTY
BY TELEPHONE AUCTION

Comes Ann Mostoller, Trustee, and moves the Court for authorization to sell survivorship interest in 342 Windham Hill Road, Knoxville, TN belonging to the estate under 11 U.S.C. §363(b) and would show:

1.     The Trustee has listed the survivorship interest in 342 Winham Hill Road, Knoxville, TN for sale on marketassetsforsale.com, serviced by the National Association of Bankruptcy Trustees. All terms and conditions of the sale are stated in the attached listing from marketassetsforsale.com.

2.	The Trustee proposes to sell the survivorship interest in 342 Winham Hill Road, Knoxville, TN by telephone auction on the 17th day of March, 2017 at 2:30 pm eastern time, and all persons, including the Debtor(s) and Creditors, who have notified her of their interest may participate.

3.	Upon conclusion of the sale, the Trustee will file a Report of Sale with the Court.

WHEREFORE, movant prays that the Court authorize the sale of survivorship interest in 342 Windham Hill Road, Knoxville, TN upon entry of the Order.

DATED February 20, 2017.

/s/ Tracey Vought Williams
Ann Mostoller, #001146
Tracey Vought Williams, #032785
Attorneys for Trustee
Mostoller, Stulberg, Whitfield & Allen
136 South Illinois Avenue, Suite 104
Oak Ridge, TN 37830
(865) 482-4466
twilliams@msw-law.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 20, 2017, a true and exact copy of the foregoing Notice to Sell and proposed order was filed electronically. Notice of this filing will be sent to the following parties as indicated below:

**Via Electronic/ECF Mail**
Tiffany DiIorio, Attorney for United States Trustee; ECF
Ryan E. Jarrard, Attorney for Debtor(s); ECF
All parties indicated on the Court's electronic filing receipt

**Via US Regular Mail**
All parties indicated on the attached exhibit

/s/ Tracey Vought Williams
Attorney