(800) 445-8629   email@marketassetsforsale.com



A service of NABT

About   Contact Us   Buyer Login   Seller Logout

HOME   DISTRESSED ASSET SALES   FAQS   GLOSSARY OF TERMS   LINKS

## ASSET DETAIL

Survivorship Interest in real property located at 342 Windham Hill Road, Knoxville, TN

Posted by: **Ann Mostoller, Trustee**

### Asset Details

**Posted On:** 02/20/2017

**Listing Expires:** 03/17/2017

**Sale Date:** 03/17/2017

**Sale Time:** 2:30pm eastern

**Sale Location:** Phone Auction

**Property location:** Tennessee

**Terms and conditions:** Starting bid is $3,000.00. A phone auction will be held March 17, 2017, at 2:30 pm eastern standard time. All bids should be faxed to 865-481-0940 or e-mailed to twilliams@msw-law.com and must include bidder's name, address, contact phone number, and e-mail. Bids will be accepted through March 16, 2017, at 5:00 pm eastern standard time. All bidders will be notified of a phone number for the conference call prior to the auction. Notice of Sale of the Property will be filed with the Bankruptcy Court prior to the Auction. Certified funds must be paid within ten (10) days from the date of auction. Sale will be by Trustee's Deed with no warranties of any kind. Bidders are responsible for performing their own due diligence and research on the property.

**Bankruptcy case number:** 3:16-bk-31779-SHB

**Contact information:** Tracey Vought Williams twilliams@msw-law.com 865-482-4466 ext. 32 865-481-0940 fax

### Asset Documents

Correction QCD from Debtor to himself and wife.PDF

Tax Report.pdf

### Asset Description

Survivorship interest of Debtor, Stewart, Thomas Edgar, Debtor-Husband in real property located at 342 Windham Hill Road, Knoxville, TN. Current tax appraisal is $557,800.00 with a mortgage of approximately $360,000.00. The Debtor Husband is approximately 62 years of age and is in good health according to Debtor. The Debtor's Wife is approximately 62 years of age and in good health according to Debtor. Property is located in Knox County, Tennessee and titled to Tommy and Joyce Stewart. The warranty deed is recorded in the Knox County Register of Deeds Office on February 3, 1998 and March 28, 2007, in WB 2275, Page 899 and Instrument # 200703280078579. Parcel ID 152HR-030.

### FEATURED ASSETS



Martin DXCE Guitar!

located in North Dakota



Vacant Land in the Republic of the Philippines

located in California

### CONTACT INFO

One Windsor Cove, Suite 305

Columbia, SC 29223

Phone : (800) 445-8629

Email : email@marketassetsforsale.com

Website : www.marketassetsforsale.com

Copyright 2017 National Association Of Bankruptcy Trustees | NABT