UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

IN RE:  STEWART, THOMAS EDGAR

        DEBTOR(S)        CASE NO. 3:16-bk-31779-SHB
                              CHAPTER 7

### ORDER ALLOWING SALE OF PROPERTY BY TELEPHONE AUCTION

Upon Notice of the Trustee pursuant to 11 U.S.C. §363(b) seeking authorization to sell the survivorship interest in 342 Windham Hill Road, Knoxville, TN belonging to the estate, and notice given to parties in interest,

IT IS ORDERED that Ann Mostoller, Trustee, is allowed to sell the property described above at the time and place set forth in the notice.

IT IS FURTHER ORDERED that the sale maybe concluded upon the entry of this Order and is not stayed until the expiration of fourteen days.

###

Approved for Entry:

/s/ Tracey Vought Williams
Ann Mostoller, #001146
Tracey Vought Williams, #032785
Attorneys for Trustee
Mostoller, Stulberg, Whitfield & Allen
136 South Illinois Avenue, Suite 104
Oak Ridge, TN 37830
(865) 482-4466
twilliams@msw-law.com