IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

IN RE:     THOMAS EDGAR STEWART          #16-31779-SHB
                                          Chapter 13

OBJECTING PARTY:  **CHAPTER 13 TRUSTEE OBJECTION TO CONFIRMATION**

\_\_\_   1.  Debtor(s) not eligible for chapter 13 relief.  11 U.S.C. § 109

\_x\_   2.  Plan not proposed in good faith.  11 U.S.C. § 1325(a)(3)

\_\_\_   3.  Creditors receive less under the plan that they would receive in a chapter 7.
           11 U.S.C. § 1325(a)(4)

\_x\_   4.  Plan does not provide for payment of all disposable income.  11 U.S.C. § 1325(b)

\_x\_   5.  The plan is not feasible.  11 U.S.C. § 1325(a)(6)

\_x\_   6.  Petition not filed in good faith.  11 U.S.C. §1325 (a)(7)

\_\_\_   7.  Debtor(s) has failed to pay required domestic support obligations post-petition.
           11U.S.C. §1325 (a)(8)

\_\_\_   8.  Unsecured claims are improperly classified or plan unfairly discriminate as a class.
           11 U.S.C. § 1322(b)(1)

\_\_\_   9.  Plan improperly provides for lien avoidance.

\_\_\_   10. Collateral is undervalued or all collateral not listed.  11 U.S.C. § 1325(a)(5)(B)

\_\_\_   11. No interest provided on claim or interest rate is insufficient. 11 U.S.C. §1325(a)(5)(B)

\_\_\_   12. Lack of adequate protection, either in monthly payment on secured debt or absence of
           insurance. 11 U.S.C. §1325(a)(5)(B)

\_\_\_   13. The plan does not permit a deficiency claim.

\_\_\_   14. Security interest in principal residence is impermissibly modified, no mortgage arrearage
           listed, or mortgage default is not cured within a reasonable time. 11 U.S.C. §1322(b)(2)

\_\_\_   15. Plan does not provide for lien retention for a secured claim.  11 U.S.C. § 1325(a)(5)(B)

\_\_\_   16. Debtor(s) have unfiled federal income tax returns.  11 U.S.C. §1325 (a)(9).

\_\_\_   17. Debtor(s) have failed to provide Trustee with copies of federal income tax returns.

\_X\_   18. Trustee preserves any and all other applicable objections to confirmation.

\_\_\_   19. Other :_____
           _____

By signing this objection, I certify that I have given oral notice of this objection to the debtor(s) and their attorney at the meeting of creditors:

/s/ Gwendolyn M. Kerney
Gwendolyn M. Kerney, #07280
Chapter 13 Trustee
PO Box 228
Knoxville, TN  37901
(865) 524-4995