# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

In re:                                          )
                                                )
**THOMAS EDGAR STEWART**,                       )
    Debtor.                  )          **Case No. 3:16-bk-31779-SHB**
                                                )                    **Chapter 13**
                                                )

## RESPONSE OF RICK N. MCGILL TO OBJECTION OF THOMAS EDGAR STEWART TO CLAIM NO. 9

        Comes Rick N. McGill, who filed Claim No. 9 in the above-captioned matter, and objects to Thomas Edgar Stewart's Objection to said claim and requests a hearing on the matter and that the claim be allowed to the extent claimant paid on the guaranty obligation.

        Respectfully submitted,

**Hodges, Doughty & Carson, PLLC**

By:*/s/Oliver D. Adams*_____
        Oliver D. Adams    BPR #026164
        Attorney for Rick N. McGill
        617 W. Main Street
        Knoxville, Tennessee  37902
        (865) 292-2307

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of this **Response to Objection of Claim** has been served upon the following individuals by placing same in the U.S. Mail, postage prepaid (USM) or electronically (ECF):

  Ryan E. Jarrard    BPR#024525        (ECF)
  Quist, Fitzpatrick & Jarrard, PLLC
  Attorney for Debtor
  2121 First Tennessee Plaza
  800 S. Gay Street
  Knoxville, Tennessee  37929
  (865) 524-1873

  Gwendolyn Kerney                (ECF)
  Chapter 13 Trustee
  P.O. Box 228
  Knoxville, TN 37901
  (865) 524-4995

        By:*/s/Oliver D. Adams*_____
        Oliver D. Adams, Esq.