# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

In re:                                   )
                                         )
**THOMAS EDGAR STEWART**,                )
   Debtor.                           )   **Case No. 3:16-bk-31779-SHB**
                                         )   **Chapter 13**
                                         )

## RESPONSE OF THE HEXAGON COMPANY, L.L.C. TO OBJECTION
## OF THOMAS EDGARD STEWART TO CLAIM NO. 11

     Comes The Hexagon Company, L.L.C., who filed Claim No. 11 in the above-captioned matter, and objects to Thomas Edgar Stewart's Objection to said claim and requests a hearing on the matter and that the claim be allowed to the extent claimant paid on the guaranty obligation.

     Respectfully submitted,

     **Hodges, Doughty & Carson, PLLC**

     By:*/s/Oliver D. Adams*
     Oliver D. Adams    BPR #026164
     Attorney for The Hexagon Company, L.L.C.
     617 W. Main Street
     Knoxville, Tennessee  37902
     (865) 292-2307

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this **Response to Objection of Claim** has been served upon the following individuals by placing same in the U.S. Mail, postage prepaid (USM) or electronically (ECF):

Ryan E. Jarrard    BPR#024525    (ECF)
Quist, Fitzpatrick & Jarrard, PLLC
Attorney for Debtor
2121 First Tennessee Plaza
800 S. Gay Street
Knoxville, Tennessee  37929
(865) 524-1873

Gwendolyn Kerney    (ECF)
Chapter 13 Trustee
P.O. Box 228
Knoxville, TN 37901
(865) 524-4995

By:/s/Oliver D. Adams
Oliver D. Adams, Esq.