*IN THE UNITED STATES BANKRUPTCY COURT*
*FOR THE EASTERN DISTRICT OF TENNESSEE*
*NORTHERN DIVISION AT KNOXVILLE*

IN RE:

**THOMAS EDGAR STEWART,**         Case No. **3:16-BK-31779-SHB**
                                  Chapter 13

                                  Debtor.

### NOTICE OF AMENDMENT

Pursuant to LR 1009-1(b), Debtor, by and through counsel, hereby states the following with respect to Document 172, Amended Schedules A/B and D:

1. Schedule A and D are being amended to reflect the fact that the debtor recently discovered that the lien filed by Citizens Bank of Blount County encumbering the Debtor's residence had been released, and to update the bank balances that were effective as of the date of this amended filing.

*/s/ Ryan E. Jarrard*
RYAN E. JARRARD
Tennessee Bar No. 024525
**QUIST, FITZPATRICK & JARRARD, PLLC**
2121 First Tennessee Plaza
800 South Gay Street
Knoxville, TN 37929-9711
(865) 524-1873 ext. 232
(865) 525-2440 Facsimile
rej@qcflaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Notice has been served via the Court's ECF service, and upon the following by placing a copy thereof, first class postage prepaid, in the U.S. Mail, via email or ECF this December 22, 2017.

Office of the United States Trustee
Via ECF

Tiffany DiIorio, United States Attorney's Office
800 Market Street, Suite 114
Howard J. Baker Jr. US Courthouse
Knoxville, TN 37902

/s/ Ryan E. Jarrard
RYAN E. JARRARD